UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 1:15-cr-10343-IT |
| | * | |
| JOHN BARBOSA, | * | |
| | * | |
| Defendant. | * | |

MEMORANDUM & ORDER

August 19, 2022

TALWANI, D.J.

Defendant John Barbosa is serving a mandatory minimum sentence of fifteen years for his conviction of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). Judgment [Doc. No. 96]; Indictment [Doc. No. 1]. Seeking relief from this sentence, Barbosa filed a Motion for Compassionate Release [Doc. No. 112]. On March 25, 2022, the court denied Barbosa's motion. Order [Doc. No. 121]. Now before the court is a letter from Barbosa requesting that the court appoint counsel to appeal the court's Order [Doc. No. 121]. Treating the letter as a motion to appoint counsel, Barbosa's motion is DENIED.

Defendants have no automatic right to counsel in post-conviction proceedings, see Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). Here, Barbosa was provided counsel for his compassionate relief motion but was not automatically entitled to appointment of counsel on appeal. Where the time to appeal the court's March 25, 2022 Order [Doc. No. 121] has expired, the court finds no further need for appointed counsel at this time.

Defendant argues that an unidentified July Supreme Court case supports his compassionate relief. Defendant is not precluded from filing a *pro se* motion for reconsideration of the court's March 2022 Order [Doc. No. 121] based on a purported change of law.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge