FILED
IN CLERKS OFFICE
Page 2

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

2022 OCT 27 AM 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States District Court | District OF MASSACHUSETTS |
|---|---|

| Name (under which you were convicted): John A. Barbosa | Docket or Case No.: 1:15-cr-10343-IT-1 |
|---|---|

| Place of Confinement: FEDERAl MEDICAl CENTER/DEVENS | Prisoner No.: 97451-038 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| UNITED STATES OF AMERICA v. John A Barbosa | |

## MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    UNITED STATES DISTRICT
    DISTRICT OF MASSACHUSETTS
    1 COURT HOUSE WAY
    BOSTON MASSACHUSETTS 02210
    (b) Criminal docket or case number (if you know): 1:15-cr-10343-IT-1

2.  (a) Date of the judgment of conviction (if you know): July 22, 2016

    (b) Date of sentencing: MARCH 17, 2017

3.  Length of sentence: 180 monTHS IN PrisoN; 2 year term Supervision

4.  Nature of crime (all counts): 18.U.S.C. § 922(g)

    _____
    _____
    _____
    _____

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☐     (2)  Guilty ☑     (3)  Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
    or indictment, what did you plead guilty to and what did you plead not guilty to? Petitioner
    entered a conditional plea to count
    one of the indictment with a stipulation
    challenging any ACCA conviction/Sentenced
    on his Prior STATE CONVICTION

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐   N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒

8. Did you appeal from the judgment of conviction?     Yes ☒     No ☐

9. If you did appeal, answer the following:

   (a) Name of court: 1st Circuit Court of Appeals

   (b) Docket or case number (if you know): 17-1284

   (c) Result: AFFIrmED

   (d) Date of result (if you know): July 16, 2018

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: Attorneys asked the First circuit Panel, to reconsider its position on the ACCA "Serious drug offense" Issue In light of the Supreme Court's decisions In United states v. Rodriquez, 553 U.S. 377 (2008) and Carachuri-Rosendo v. Holder, 560 U.S. 563 (2010)

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☒     No ☐

     If "Yes," answer the following:

     (1) Docket or case number (if you know): 18-6366

     (2) Result: DENIED

     (3) Date of result (if you know): November 19, 2018

     (4) Citation to the case (if you know): Barbosa v. United states

     (5) Grounds raised: 139 S.Ct. 579 ATTORNEYS argued that Rodriquez and Carachuri-Rosendo required a court to limit its inquiry under the ACCA to the Actual circumstances of the prior conviction including the charging decisions of the state prosecutor and not hypothetical circumstances

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

   Yes ☐     No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: NA

     (2) Docket or case number (if you know): N/A

     (3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐   N/A

(2) Second petition:   Yes ☐   No ☐   N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____ N/A _____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: INEFFECTIVE Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel provided ineffective assistance of counsel by: (1) Failing to investigate or explaine the Law and the Facts competently or challenge Petptioners prior state convictions resulting IN ON unlawfully applied ACCA conviction/ Sentence, (2) Failing to object to the PSR; (3) failing to object at Sentencing; (4) Failing to appeal all Prior convictions See Enclosed caselaw and transcripts

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: _____
   ___ INEFFECTIVE Assistance of Counsel _____

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____ N/A _____
   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

GROUND TWO: Petitioner is Actually Innocent of his ACCA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner is actually innocent of his ACCA CONVICTION/Sentence because the state of Law or because this is a Newly decided issue of Law

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _INEFFECTIVE_ _assistance / newly decided issue of_ _law_

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:    N/A

GROUND THREE: _____ N/A

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:    N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed: _____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND FOUR: _____ N/A _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ N/A _____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____ N/A _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____N/A_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____N/A_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following   CHARLES P. McGinty
stages of the judgment you are challenging:   51 SLEEPER STREET 5TH FLOOR
(a) At preliminary hearing: _____BOSTON MA, 02210_____

(b) At arraignment and plea: _____CHARLES MCGINTY_____

(c) At trial: __Anthony Fuller____   HOGAN LOVELLS US LLP
                                     125 High STREET Suite 210
(d) At sentencing: __Anthony Fuller____   BOSTON MA   02110

Page 12

(e) On appeal: _____

(f) In any post-conviction proceeding:  *Compassionate Release motion*

(g) On appeal from any ruling against you in a post-conviction proceeding:  *N/A*

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed:  *N/A*

(c) Give the length of the other sentence:  *N/A*

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* On approximately October 25, 2022, my former counsel notified me that I may have grounds to argue that they were INEFFECTIVE. THE claim is based on their failure to object to two of my alleged ACCA predicate offenses, given on the disparity between the Federal and State definitions of cocaine. On October 3, 2022, Judge Wolf held that a prior Massachusetts conviction for possession with intent to distribute cocaine is NOT an ACC predicate because M.G.L. c. 94C § 31 is overbroad due to its inclusion of the derivative ioflupane, which was Federally decriminalized in 2015. See United States v. anton RISE, 17-cr-10146-mLW. Two of my alleged predicate offenses were Massachusetts State court convictions for possession with intent to distribute cocain. THE one-year statute of Limitations does not apply because this is a newly decided issue of law.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: _Vacate,_ _Correct my Sentence the_ _relief Sought is Immediate Release_ or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _10-26-2022_ _____ (month, date, year).

Executed (signed) on _10-26-2022_ (date).

_John Barbosa_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]
* * * * *